## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

ROBERT ALAN WIBLE, Individually; as
Personal Representative of the Estate of
Kimberly D. Wible; and as Parent and Next
Friend of R.A.W. and K.A.W., minors
131 Jopa Road
Greencastle, PA 17225,

    and

BRODY ALAN WIBLE
131 Jopa Road
Greencastle, PA 17225,

    Plaintiffs,

    v.

Civil No.

DIAGNOSTIC IMAGING SERVICES, LLC
d/b/a Women's Imaging Center
11110 Medical Campus Road, Suite 229
Hagerstown, MD 21742

    SERVE ON:
    Resident Agent
    Joseph P. Ross
    11116 Medical Campus Road
    Hagerstown, MD 21742,

    and

ASSOCIATED RADIOLOGISTS, P.A.
322 East Antietam Street, Suite 106
Hagerstown, MD 21740,

    SERVE ON:
    Resident Agent
    Barry D. Berman, Esquire
    100 Light Street, Suite 1100
    Baltimore, MD 21202,

    and

SHADOAN, MICHAEL
& WELLS, LLP
A Registered Limited Liability Partnership

ATTORNEYS AT LAW
108 Park Avenue
ROCKVILLE, MD 20850
(301) 762-5150

MERITUS MEDICAL CENTER, INC., d/b/a
MERITUS HEALTH
11116 Medical Campus Road
Hagerstown, MD 21742

    SERVE ON:
    Resident Agent
    Joseph P. Ross
    11116 Medical Campus Road
    Hagerstown, MD  21742

    Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

COMES NOW the Plaintiffs, Robert Alan Wible, Individually; as Personal Representative of the Estate of Kimberly D. Wible; and as Parent and Next Friend of R.A.W. and K.A.W., minors, and Brody Alan Wible, by and through their attorneys, Shadoan, Michael & Wells, LLP, and Robert R. Michael, Esquire, and sues Defendants, Diagnostic Imaging Services, LLC d/b/a Women's Imaging Center; Associated Radiologists, P.A.; and Meritus Medical Center, Inc., d/b/a Meritus Health, all jointly and severally, and for causes of action state:

## PARTIES

1. Plaintiffs Robert Alan Wible, R.A.W., K.A.W., and Brody Alan Wible reside at 131 Jopa Road, Greencastle, Pennsylvania 17225.  At all times relevant hereto, the Plaintiff Robert Alan Wible and the Decedent Kimberly D. Wible were married and were husband and wife.  R.A.W., K.A.W. and Brody Wible are the natural children of Robert Alan Wible and Decedent Kimberly D. Wible.  Plaintiff Robert Alan Wible is the husband of Kimberly D. Wible and was appointed by the Register of Wills in the County of Franklin, in the Commonwealth of Pennsylvania, as the Personal Representative of the Estate of Kimberly

SHADOAN, MICHAEL
& WELLS, LLP
A Registered Limited Liability Partnership
ATTORNEYS AT LAW
108 Park Avenue
ROCKVILLE, MD 20850
(301) 762-5150

D. Wible, on October 18, 2016. Said Letters of Administration are attached hereto as Exhibit "1."

2. At all times relevant hereto, Diagnostic Imaging Services, LLC d/b/a Women's Imaging Center, was a corporation with its principal office located at 11110 Medical Campus Road, Suite 229, Hagerstown, Maryland 21742, and was organized and existing under the laws of the State of Maryland providing radiology and mammography services to the Washington County and Tri-State Area communities through its agents, servants, and/or employees and was the actual or apparent principal, master, servant, and/or employer of Robert E. Mazzei, D.O.

3. At all times relevant hereto, Robert E. Mazzei, D.O., was a duly licensed physician in the State of Maryland, who was practicing medicine as a Board Certified Diagnostic Radiologist, as an actual or apparent agent, servant, and/or employee of the Defendants Diagnostic Imaging Services, LLC d/b/a Women's Imaging Center; and/or Associated Radiologists, P.A., and Meritus Medical Center, Inc., d/b/a Meritus Health, and was acting within the scope of his agency, duties, and/or employment.

4. At all times relevant hereto, Associated Radiologists, P.A., was a corporation with its principal office located at 251 Antietam Street, Hagerstown, Maryland 21740, and was organized and existing under the laws of the State of Maryland providing medical and radiology services to the Washington County and Tri-State Area community through its actual or apparent agents, servants, and/or employees and was the actual or apparent principal, master, servant, and/or employer of Robert E. Mazzei, D.O.

5. At all times relevant hereto, the Defendant Meritus Medical Center, Inc., d/b/a Meritus Health was a duly licensed and professional corporation organized and existing under the laws of the State of Maryland providing hospital and medical services to the

SHADOAN, MICHAEL & WELLS, LLP
A Registered Limited Liability Partnership
ATTORNEYS AT LAW
108 Park Avenue
ROCKVILLE, MD 20850
(301) 762-5150

Washington County and Tri-State Area community through their actual or apparent agents, servants, and/or employees. Said medical services included, but were not limited to, the operation of a hospital and health care facility which included both radiology and mammography services. At all times relevant hereto, Defendant Meritus Medical Center, Inc., d/b/a Meritus Health was the apparent and/or actual principal, master and/or employer of Robert E. Mazzei, D.O.

## JURISDICTION AND VENUE

6. This claim was brought before the Health Claims Arbitration Office of Maryland, HCA No. 2017-387, in which Plaintiffs then filed an Election to Waive Arbitration pursuant to MD. CODE ANN., CTS. AND JUD. PROC., § 3-2A-06B.[1]

7. The amount of this claim exceeds the required jurisdictional limit, and venue is proper in the United States District Court, pursuant to 28 U.S.C. § 1332 due to diversity of citizenship among the parties. Plaintiffs reside in Pennsylvania and all Defendants, Diagnostic Imaging Services, LLC d/b/a Women's Imaging Center; Associated Radiologists, P.A.; and Meritus Medical Center, Inc., d/b/a Meritus Health, practice medicine, operate a hospital facility, and maintain their principal place of business in Maryland. Maryland is also where the negligence complained of occurred.

## FACTS COMMON TO ALL COUNTS

8. On or about December 26, 2014, Decedent, Kimberly D. Wible, presented to Capital Women's Care for an annual examination. At the time of the visit the Decedent, Kimberly D. Wible, had a complaint of a breast lump which she noticed while conducting

SHADOAN, MICHAEL
& WELLS, LLP
A Registered Limited Liability Partnership
ATTORNEYS AT LAW
108 Park Avenue
ROCKVILLE, MD 20850
(301) 762-5150

---

[1] The Election for Waiver of Arbitration and the Order of Transfer are attached hereto as Exhibit 2.

4

a self-breast exam approximately one month prior to the appointment. At the time of the appointment, the Decedent reported the area to the provider as now being tender but with no color changes or nipple discharge. The provider noted that digital mammography would be ordered.

9. On January 9, 2015, the Decedent presented to Defendant Diagnostic Imaging Services, LLC d/b/a Women's Imaging Center, for a bilateral digital diagnostic mammogram with computer-aided detection (CAD).

10. The History taken by Defendant Diagnostic Imaging Services, LLC d/b/a Women's Imaging Center, reported:

> "Patient is 46 years old and is seen for lump or thickening in the upper inner region of the right breast. The patient has the following family history of breast cancer: maternal grandmother and maternal aunt. This is a baseline study."

11. The bilateral mammogram findings were reported as "punctate calcifications with diffuse/scattered distribution seen in both breasts." Further, the findings indicate "[t]here is an oval mass measuring 20 millimeters seen in the right breast at 1 o'clock located 6 centimeters from the nipple."

12. A right breast "focused" ultrasound was also performed and the Defendant reported the findings as "[t]here is a 1.8 cm oval simple cyst in the right breast at 1:00 6 cm from the nipple. This correlates with the mass seen on mammography."

13. Dr. Mazzei, while acting as an actual or apparent agent, servant, and/or employee of the Defendants herein, reported findings that the calcifications in the right breast were "benign" and the mass in the right breast was "benign." In fact, the lesions and masses were breast cancer. In addition to misdiagnosing the obvious presence of breast cancer, Dr. Mazzei failed to recommend and order further breast imaging to more clearly

SHADOAN, MICHAEL
& WELLS, LLP
A Registered Limited Liability Partnership
ATTORNEYS AT LAW
108 Park Avenue
ROCKVILLE, MD 20850
(301) 762-5150

5

delineate the "cysts" and "masses." Nor did Dr. Mazzei recommend and order a breast biopsy which would have revealed the presence of breast cancer.

14. Instead, the only treatment provided was a recommendation that Kimberly Wible return in one year for a further mammogram.

15. On October 10, 2015, Kimberly Wible presented to The Chambersburg Hospital with complaints of severe right upper quadrant abdominal pain and tenderness. Mrs. Wible underwent testing to determine the cause of her pain. Imaging was significant for abnormal findings in the liver and gallbladder. Kimberly Wible was admitted for further testing.

16. After admission to The Chambersburg Hospital, a physical exam revealed a hard mass in her right breast. The patient underwent a biopsy and further testing. A pelvic abdominal CT on 10/10/15 revealed "right breast mass 6 cm x 4 cm, multiple liver masses, bone marrow involvement and ascites, suspected for metastatic breast cancer."

17. Kimberly Wible was discharged from the hospital on October 13, 2015, with a suspected Stage 4 breast cancer and:

1. Right breast mass.
2. Suspected metastatic breast cancer with liver lesions.
3. Hyponatremia.
4. Abdominal pain.
5. Slightly spinal metastatic disease.
6. Extensive liver lesions suspicious for metastatic breast cancer.
7. Coagulopathy secondary to extensive liver metastasis.

Testing taken during this hospitalization later confirmed Stage 4 breast cancer.

18. Kimberly Wible underwent one dose of palliative chemotherapy with gemcitabine on October 16, 2015.

SHADOAN, MICHAEL
& WELLS, LLP
A Registered Limited Liability Partnership
ATTORNEYS AT LAW
108 Park Avenue
ROCKVILLE, MD 20850
(301) 762-5150

6

19. Kimberly Wible underwent paracentesis on October 15, 2015, and October 16, 2015, due to recurrent ascites due to liver failure from metastatic disease.

20. On October 19, 2015, Kimberly Wible was readmitted to Chambersburg Hospital with complications of her Stage 4 breast cancer including recurrent abdominal bloating, distention and pain as a result of extensive metastasis to the liver. The patient also had ascites requiring multiple paracentesis.

21. The purpose of admitting Mrs. Wible on October 19 was to manage her many issues arising from her Stage 4 cancer including, but limited to, dehydration, acute kidney failure, hyperkalemia, abdominal pain, and insertion of a peritoneal catheter for drainage.

22. During her admission, the patient was seen by Oncology and was followed closely by palliative care. During her hospital stay, Mrs. Wible's clinical status deteriorated and she was eventually placed on "comfort care" after it became clear that her disease was too advanced for cure. Mrs. Wible remained in the hospital until October 27, 2015, when she died.

### COUNT ONE - MEDICAL NEGLIGENCE
### WRONGFUL DEATH
(ROBERT ALAN WIBLE, Individually and as Parent and Next Friend of R.A.W. and K.A.W., minors; and BRODY ALAN WIBLE)

23. The factual allegations of paragraphs 1 though 22 are incorporated by reference as though fully set forth herein.

24. The Defendants, Diagnostic Imaging Services, LLC d/b/a Women's Imaging Center; Associated Radiologists, P.A.; and Meritus Medical Center, Inc., d/b/a Meritus Health, through their actual or apparent agents, servants, and/or employees, all jointly and severally, either did not possess the degree of skill, care, judgment, and expertise required

SHADOAN, MICHAEL
& WELLS, LLP
A Registered Limited Liability Partnership
ATTORNEYS AT LAW
108 Park Avenue
ROCKVILLE, MD 20850
(301) 762-5150

of them, or did not use the degree of skill, care, judgment, and expertise required of them in treating the decedent and were negligent and breached the standard of care in one or more of the following ways, by:

    a.    Failing to properly interpret the mammogram and ultrasound studies conducted on January 9, 2015, and to advise the patient of the findings;

    b.    Failing to perform and/or recommend follow-up studies including, but not limited to, evaluation of microcalcifications, mammography with magnification technique and a breast biopsy;

    c.    Failing to advise the patient of the large lesion with microcalcifications seen on mammogram;

    d.    Failing to conduct an ultrasound of the entire breast; and

    e.    For other and further reasons as may be determined during the course of discovery pursuant to the Maryland Rules of Civil Procedure.

25. These negligent acts were the direct and proximate cause of Kimberly Wible's failure to receive the necessary treatment to cure the cancer or, in the alternative, to extend her life.

26. As a direct and proximate result of these acts of negligence on the part of the Defendants, Diagnostic Imaging Services, LLC d/b/a Women's Imaging Center; Associated Radiologists, P.A.; and Meritus Medical Center, Inc., d/b/a Meritus Health, by and through their actual or apparent agents, servants, and/or employees, all jointly and severally, causing the wrongful death of Kimberly Dawn Wible, the Plaintiffs, Robert Alan Wible, Individually and as Parent and Next Friend of R.A.W. and K.A.W., minors; and Brody Alan Wible, make a claim for loss of wages and services, as well as for all compensatory,

SHADOAN, MICHAEL
& WELLS, LLP
A Registered Limited Liability Partnership
ATTORNEYS AT LAW
108 Park Avenue
ROCKVILLE, MD 20850
(301) 762-5150

pecuniary and solatium damages as provided by the MD. CODE ANN., CTS. AND JUD. PROC, §§ 3-901 through 3-904.

WHEREFORE, as a result of the foregoing, Plaintiffs, Robert Alan Wible, Individually and as Parent and Next Friend of R.A.W. and K.A.W., minors; and Brody Alan Wible, respectfully demand judgment against the Defendants, Diagnostic Imaging Services, LLC d/b/a Women's Imaging Center; Associated Radiologists, P.A.; and Meritus Medical Center, Inc., d/b/a Meritus Health, jointly and severally, for compensatory damages in excess of the jurisdictional limit, plus interest, costs and other permissible damages.

### COUNT TWO - NEGLIGENCE
### SURVIVAL CLAIM
(ROBERT ALAN WIBLE, as Personal Representative of the
Estate of Kimberly Dawn Wible)

27. The factual allegations of paragraphs 1 though 26 are incorporated by reference as though fully set forth herein.

28. The Defendants, Diagnostic Imaging Services, LLC d/b/a Women's Imaging Center; Associated Radiologists, P.A.; and Meritus Medical Center, Inc., d/b/a Meritus Health, through their actual or apparent agents, servants, and/or employees, all jointly and severally, either did not possess the degree of skill, care, judgment, and expertise required of them, or did not use the degree of skill, care, judgment, and expertise required of them in treating the decedent and were negligent and breached the standard of care in one or more of the following ways, by:

    a.    Failing to properly interpret the mammogram and ultrasound studies conducted on January 9, 2015, and to advise the patient of the findings;

SHADOAN, MICHAEL
& WELLS, LLP
A Registered Limited Liability Partnership
ATTORNEYS AT LAW
108 Park Avenue
ROCKVILLE, MD 20850
(301) 762-5150

  b. Failing to perform and/or recommend follow-up studies including, but not limited to, evaluation of microcalcifications, mammography with magnification technique and a biopsy;

  c. Failing to advise the patient of the large lesion with microcalcifications seen on mammogram;

  d. Failing to conduct a ultrasound of the entire breast; and

  e. For other and further reasons as may be determined during the course of discovery pursuant to the Maryland Rules of Civil Procedure.

29. As a direct and proximate result of these acts of negligence on the part of the Defendants, Diagnostic Imaging Services, LLC d/b/a Women's Imaging Center; Associated Radiologists, P.A.; and Meritus Medical Center, Inc., d/b/a Meritus Health, through their actual or apparent agents, servants, and/or employees, jointly and severally, and through no fault of her own, the Decedent Kimberly Dawn Wible did in the past suffer great injury to her body and brain prior to her death; did in the past suffer great pain, suffering, and mental anguish; and did in the past incur great medical, physician, hospital and related costs. In addition, Decedent Kimberly Dawn Wible suffered loss of enjoyment of life and the ability to pursue the ordinary pleasures of life because of her physical and mental injury. And finally, the Estate of Kimberly Dawn Wible incurred costs for funeral, burial and internment expenses.

WHEREFORE, as a result of the foregoing, Robert Alan Wible, as Personal Representative of the Estate of Kimberly Dawn Wible, respectfully demands judgment against Defendants, Diagnostic Imaging Services, LLC d/b/a Women's Imaging Center; Associated Radiologists, P.A.; and Meritus Medical Center, Inc., d/b/a Meritus Health,

SHADOAN, MICHAEL
& WELLS, LLP
A Registered Limited Liability Partnership
ATTORNEYS AT LAW
108 Park Avenue
ROCKVILLE, MD 20850
(301) 762-5150

jointly and severally, for compensatory damages in excess of the jurisdictional limit, plus interest, costs and other permissible damages.

Respectfully submitted,

**SHADOAN, MICHAEL & WELLS, LLP**

_/s/ Robert R. Michael_
Robert R. Michael, #04259
108 Park Avenue
Rockville, MD 20850
(301) 762-5150
rmichael@smwlawfirm.com

Attorneys for Plaintiffs

### DEMAND FOR JURY TRIAL

Plaintiffs, Robert Alan Wible, Individually; as Personal Representative of the Estate of Kimberly D. Wible; and as Parent and Next Friend of R.A.W. and K.A.W., minors, and Brody Alan Wible, by and through her attorneys, Shadoan, Michael & Wells, LLP, and Robert R. Michael, Esquire, demand a trial by jury of this action.

_/s/ Robert R. Michael_
Robert R. Michael, #04259

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of January 2018, a copy of the foregoing Compliant was served by first-class mail, postage prepaid, on:

Frederick W. Goundry, III, Esquire
Varner & Goundry
121 East Patrick Street
Frederick, MD 21701
   Attorneys for Defendants; Diagnostic Imaging
   Services, LLC; and Associated Radiologists, P.A.

_/s/ Robert R. Michael_
Robert R. Michael

SHADOAN, MICHAEL
& WELLS, LLP
A Registered Limited Liability Partnership
ATTORNEYS AT LAW
108 Park Avenue
ROCKVILLE, MD 20850
(301) 762-5150